24

OFFICE EQUIPMENT COMPANY OF CHICAGO, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-862—

EXCERPTA MEDICA, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed July 19, 1974.*

EXCERPTA MEDICA, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.